

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2021

No. 04-21-00489-CR

The **STATE** of Texas,
Appellant

v.

Ruben G. **ELIZONDO** Jr.,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 657461
Honorable Melissa Vara, Judge Presiding

# O R D E R

On October 15, 2021, Ruben G. Elizondo Jr. moved the trial court to dismiss his case for want of a speedy trial.

On October 19, 2021, the trial court granted the motion and dismissed the case with prejudice. But on October 21, 2021, during the period of its plenary power, the trial court rescinded its October 19, 2021 order, denied Elizondo's motion to dismiss, and set his trial for November 29, 2021.

On November 5, 2021, the State filed a notice of appeal from the trial court's October 19, 2021 order. *See State v. Richardson*, 383 S.W.3d 544, 547 (Tex. Crim. App. 2012) ("Article 44.01(a)(1) allows the state to appeal a decision 'dismiss[ing] . . . any portion of an indictment.'" (alterations in original) (quoting TEX. CODE CRIM. PROC. ANN. art. 44.01(a))).

Given the trial court's rescission of its October 19, 2021 order, the clerk's record does not appear to contain an appealable order or judgment. *Contra* TEX. CODE CRIM. PROC. ANN. art. 44.01.

We ORDER the State to show cause in writing not later than TWENTY DAYS from the date of this order why this appeal should not be dismissed for want of jurisdiction.

_____
Patricia O. Alvarez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2021.

_____
Michael A. Cruz,
Clerk of Court